UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| WILLIE G. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV410-059 |
| | ) |
| ARMSTRONG ATLANTIC | ) |
| STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Plaintiff Willie G. Smith sought leave to file this discrimination-in-education case against Armstrong Atlantic State University without prepayment of the Court's filing fee. Doc. 1 (Complaint); doc. 2 (in forma pauperis (IFP) motion). Because he failed to provide the Court with any expense information, it preliminarily denied his motion without prejudice to his right to renew it -- using a long form IFP application. The Court also warned him that any failure to so renew within 14 days "may result in the dismissal of his case." Doc. 3. In that he has failed to comply with

the Court's Order, this case should be **DISMISSED WITHOUT PREJUDICE.**

**SO REPORTED AND RECOMMENDED** this  9th  day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA