UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| WILLIE G. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV410-059 |
| | ) | |
| ARMSTRONG ATLANTIC STATE UNIVERSITY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court **VACATES** its August 30, 2010 Report and Recommendation advising dismissal of this case. Doc. 12. There the Court noted that plaintiff Willie G. Smith had failed to keep this Court informed of his address during the pendency of this action pursuant to Local Rule 11.1. The Court cited case inactivity plus this entry on its docket: "Mail Returned as Undeliverable." Doc. 12 at 1-2 (citing doc. 11). Smith says his address has not changed, and the R&R service on the defendant has since been perfected. Doc. 15. Apparently, some sort of error caused the clerical notation. Plaintiff, meanwhile, is reminded that it is his duty to timely litigate his case following defendant's Answer. *See*

doc. 10 at 3-8 (instructions to the plaintiff).

**SO ORDERED** this  15th  day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA