IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIE G. SMITH,

    Plaintiff,

v.                    CASE NO. CV410-059

ARMSTRONG ATLANTIC STATE
UNIVERSITY,

    Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 29), to which objections have been filed (Doc. 33). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant's Motion to Dismiss (Doc. 21) is **GRANTED**. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of April 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Motion to Resume Litigation (Doc. 32) is **DISMISSED AS MOOT**.